WUERSCH & GERING LLP
Gregory F. Hauser (GH 3902)
100 Wall Street, 21st Fl.
New York, NY 10005
(212) 509-5050
*Attorneys for Plaintiff*



RECEIVED
AUG 16 2007
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPITAL TRUST HOLDING AG,

        Plaintiff,

-against-

RAINMAKER INTERNATIONAL, INC.,

        Defendant.

Docket No.:

**RULE 7.1 STATEMENT**

---

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Capital Trust Holding AG (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated: August 16, 2007

        WUERSCH & GERING LLP

        By _____
        Gregory F. Hauser (GH 3902)
        100 Wall Street, 21st Floor
        New York, NY 10005
        (212) 509-5050

        *Attorneys for Plaintiff*
        *Capital Trust Holding AG*