UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
CAPITAL TRUST HOLDING AG,

        Plaintiff,

                                              Index No. 07 Civ. 7318
                                              Hon. Colleen McMahon
       -against-                      **NOTICE OF MOTION**

RAINMAKER INTERNATIONAL, INC.,

        Defendant.
-------------------------------------------------------

      PLEASE TAKE NOTICE, that on the declaration of Eugenia Valdes, dated September 7, 2007, and the exhibits annexed thereto, the summons and complaint, and on all other proceedings had herein, the undersigned counsel for defendant will move this Court, before the Honorable Colleen McMahon, Courtroom 21B, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an Order pursuant to FRCP 12 (b) (6), dismissing this Action because plaintiff has breached its obligation to arbitrate the matters raised in the complaint, and for such other and further relief as the Court deems

just and proper.

New York, New York                                       McLaughlin & Stern, LLP
September 11, 2007                                       By _____
                                                         Jon Paul Robbins
                                                         (#8517)
                                                         Attorneys for Defendant
                                                         260 Madison Avenue
                                                         Madison Avenue
                                                         New York, New York 10016
                                                         212-448-1100

To: Wuersch & Gering LLP
    Attorneys for Plaintiff
    100 Wall Street
    New York, New York 10005
    212-509-5050