UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
CAPITAL TRUST HOLDING AG,

       Plaintiff,

                         Index No. 07 Civ. 7318
                         Hon. Colleen McMahon
      -against-               **RULE 7.1 STATEMENT**

RAINMAKER INTERNATIONAL, INC.,

       Defendant.
-------------------------------------------------------

       Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Rainmaker International, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

       None

New York, New York
September 11, 2007

                                                         McLaughlin & Stern, LLP
                                                         By _____
                                                             Jon Paul Robbins (#8517)
                                                          Attorneys for Defendant
                                                          260 Madison Avenue
                                                         New York, New York 10016
                                                         212-448-1100