# McLAUGHLIN & STERN, LLP

JON PAUL ROBBINS
Partner
Direct Phone: (212) 448-6213
E-Mail: jrobbins@mclaughlinstern.com

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448-1100
FAX (212) 448-0066

MILLBROOK OFFICE
Franklin Avenue
P.O. Box 1369
Millbrook, New York 12545
(914) 677-5700
Fax (914) 677-0097

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/07
```

**MEMO ENDORSED**

October 2, 2007

*[Handwritten: 10/2/07 — I decide motion to dismiss at the pretrial conference. So please come to the conference and you will get a decision.]*

By Fax: 212-805-6326
Honorable Colleen McMahon
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Capital Trust Holding AG v. Rainmaker International, Inc.
    07 Civ. 7318

Dear Judge McMahon:

We represent defendant Rainmaker International, Inc. in this action. I write with the agreement of plaintiff's counsel, Gregory Hauser, to request an adjournment of the pretrial conference, currently scheduled for October 11, 2007 at 10:15 A.M.

We have made a motion to dismiss the complaint, on the ground that plaintiff has failed to comply with its agreement to arbitrate. The motion to dismiss is fully briefed, and we will delivering a courtesy copy of defendant's reply memorandum to the Court.

Counsel for both parties believe that it makes sense to adjourn the pretrial conference until after the motion to dismiss is decided, to conserve judicial resources and to keep legal fees at a minimum. We therefore jointly request that the pretrial conference be adjourned until after the Court decides the motion to dismiss the complaint.

Respectfully submitted,

Jon Paul Robbins

jpr:hs

MCLAUGHLIN & STERN, LLP

cc: Gregory F. Hauser, Esq. (by email)