McMahon, 5.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
CAPITAL TRUST HOLDING AG,

        Plaintiff,

    -against-

RAINMAKER INTERNATIONAL, INC.,

        Defendant.
-------------------------------------------------------

Index No. 07 Civ. 7318
Hon. Colleen McMahon
**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED, that plaintiff Capital Trust Holding AG ("Capital") hereby withdraws its motion for a preliminary injunction, and it is further

    STIPULATED, that defendant Rainmaker International, Inc. ("Rainmaker") will return 3,400,000 shares of Boulder Steel Limited to Capital by delivering said shares in trust to Capital's attorneys, Wuersch & Gering LLP, in accordance with the following instructions:

    Account Name:

Bear Stearns DTC# 0352

    for credit to your Wuersch & Gering LLP  A/C # 165-00041-1-0-900

and it is further

    STIPULATED, that Wuersch & Gering LLP, by signing this Stipulation, represents that it has been authorized and directed by Capital to take possession of the aforementioned shares, and it is further

STIPULATED, that, the Court having stayed this action and having ordered that the dispute between the parties be resolved by arbitration, Raimaker will retain possession of 600,000 shares of Boulder Steel Limited during the pendency of said arbitration, and shall not sell or otherwise transfer said shares unless Rainmaker shall obtain permission from the Arbitrator(s) to do so.

New York, New York
October 24, 2007

Wuersch & Gering LLP
By _____
Gregory F. Hauser (GH-3902)
Attorneys for Plaintiff
100 Wall Street, 21st Floor
New York, New York 10005
212-509-4717

McLaughlin & Stern, LLP
By _____
Jon Paul Robbins (JPR-8517)
Attorneys for Defendant
260 Madison Avenue
New York, New York 10016
212-448-1100

So Ordered:
_____
Hon. Colleen McMahon, U.S.D.J

10-24-07

2