100 Wall Street, 21st Floor
New York, NY 10005
Tel. 212-509-5050
Fax 212-509-9550

# WUERSCH & GERING LLP
ATTORNEYS AT LAW

Gregory F. Hauser
Direct Line: 212-509-4717
Email: gregory.hauser@wg-law.com

**MEMO ENDORSED**

November 19, 2007

*By Fax: (212) 805-6326*

Hon. Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

> 11/20/07
> It is really very simple. If the shares are not transferred by the close of business on Friday, November 23, 2007, I will entertain a motion for contempt. No more conversations. And no $ or career.
>
> Colleen McMahon
> USDJ

Re: Capital Trust Holding AG vs. Rainmaker International, Inc.
    Docket No. 07 Civ. 7318

Your Honor:

We represent the plaintiff in the above-referenced action, which has been stayed pending arbitration between the parties. In addition, on October 24, 2007, the Court "So Ordered" a stipulation pursuant to which defendant was to transfer 3.4 million shares of stock to this firm in trust for plaintiff. A copy of the stipulation and order accompanies for the Court's ease of reference.

The shares have not been transferred. The account was opened and the delivery instructions were sent to plaintiff's counsel on October 23, 2007. Rainmaker counsel has more than once passed on supposed assurances that the transfer would happen by a certain date, the latest of which was today, but none has happened. Plaintiff needs to act to protect its rights in this situation. Rainmaker has claimed it is not responsible for nonfeasance or misfeasance by its brokers, but this fails to address its responsibility under the order to see that the transfer is accomplished. While a contempt proceeding should not be begun lightly, it appears to be plaintiff's only remedy, with the possible additional option of seeking a modification of the order to name defendant's brokers directly as Rainmaker's agents so as to eliminate the excuse that Rainmaker believes currently exists.

In addition to plaintiff's interests, the Court's own interests are at stake. Accordingly, we would be most grateful for any guidance the Court might provide on the preferred method of

www.wg-law.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

enforcing the Court's order and respectfully request a conference to discuss these issues.

Respectfully yours,

Gregory F. Hauser

cc:  Jon Paul Robbins, Esq. (w/encl. by fax)
     Travis Gering, Esq. (w/encl.)